AO 93 (Rev. 11/13) Search and Seizure Warrant

| | | |
|---|---|---|
| AUSA: | J. Michael Buckley | Telephone: (313) 269-4706 |
| Special Agent: | Richard Grout | Telephone: (906) 235-7286 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
                                                                   )    Case No. 21-mc-51202-2
Information associated with the cellular telephone assigned )
call number (989)260-8451, that is stored at premises )
controlled by Verizon Wireless. )

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the    Eastern    District of    Michigan   .
*(identify the person or describe the property to be searched and give its location)*:

See ATTACHMENT A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See ATTACHMENT B.

> I hereby certify that the foregoing is a certified copy of the original on file in this office.
> **Clerk, U.S. District Court**
> **Eastern District of Michigan**
> By: *s/ Kristen Castaneda*
>       Deputy

**YOU ARE COMMANDED** to execute this warrant on or before   02/18/2022   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Patricia T. Morris

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to  the presiding United States Magistrate Judge on duty .
                                                                                                              *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for     days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of                .

Date and time issued:   February 4, 2022    11:17 am                                                              */s/*
                                                                                                                           *Judge's signature*

City and state:   Bay City, Michigan                                                Patricia T. Morris, U. S. Magistrate Judge
                                                                                                 *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 21-mc-51202-2 | Date and time warrant executed: 3/11/2022 6:39 am | Copy of warrant and inventory left with: SA Richard Grout + DE Tech Squad |

Inventory made in the presence of:
SA Richard Grout

Inventory of the property taken and name of any person(s) seized:

On March 3, 2022, Verizon Wireless representative Angela Evans provided the requested records pursuant to the search warrant via email to FBI, Detroit Division Tech Squad OST Naime Karanfili, who provided them to SA Richard Grout. The records were contained in a .zip file.

Last item

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/7/2022

*Executing officer's signature*

Richard Grout, SA, FBI
*Printed name and title*

## ATTACHMENT A

## PROPERTY TO BE SEARCHED

This warrant applies to records and information associated with the cellular telephone assigned call number (989)260-8451, ("the Account"), that are stored at premises controlled by Verizon Wireless ("the Provider"), headquartered at 180 Washington Valley Road, Bedminster, New Jersey 07921.

# ATTACHMENT B

## ITEMS TO BE SEARCHED FOR AND SEIZED

I. **Information to be Disclosed by the Provider**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, including any information that has been deleted but is still available to the Provider or that has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the Provider is required to disclose to the government the following information pertaining to the Account listed in Attachment A for the dates of August 24, 2021 and September 15, 2021:

- a. The following subscriber and extended subscriber information about the customers or subscribers of the Account:

    - i. Names (including subscriber names, user names, and screen names);

    - ii. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

    - iii. Local and long distance telephone connection records;

    - iv. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;

    - v. Length of service (including start date) and types of service utilized; Account notes and memos;

    - vi. Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"); Mobile Identification Number ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"); International Mobile Subscriber

     Identity Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI"); device make and model;

  vii. Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address); and

  viii. Means and source of payment for such service (including any credit card or bank account number) and billing records.

 b. All records and other information (not including the contents of communications) relating to wire and electronic communications sent or received by the Account, including:

  i. the date and time of the communication, the method of the communication, and the source and destination of the communication (such as the source and destination telephone numbers); call detail records for voice, SMS, MMS, and data; email addresses and IP addresses; and

  ii. information regarding the cell towers and sectors through which the communications were sent and received; and

  iii. per call measurement and timing advance data (PCMD, NELOS, RTT, True Call, or similar)

## II. Information to be Seized by the Government

All information described above in Section I that constitutes [evidence, fruits, contraband, and instrumentalities] of violations of 18 U.S.C. § 1951 (Extortion) and 18 U.S.C. § 844(i) (Attempted Damage or Destruction of Buildings Used in Interstate Commerce) involving the Account for the dates of August 24, 2021 and September 15, 2021.